**Order entered May 4, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00207-CV

### JUDY D. BROWN, Appellant

### V.

### FRONTLINE ASSET STRATEGIES AND LVNV FUNDING, Appellees

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-20-05565-E

### ORDER

Before the Court is appellant's pro se motion for oral argument. We **DENY** the motion.

We note appellant has filed her brief but the appellate record has not yet been filed. We also note the brief does not comply with the briefing requirements in Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1. Accordingly, we **STRIKE** the brief. Appellant shall file a brief that complies with

the requirements within thirty days after the later of the date the clerk's record is filed or the date the reporter's record is filed.  *See id.* 38.1, 38.6(a).

/s/     CRAIG SMITH
JUSTICE